NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**DOLLAR FINANCIAL GROUP, INC.,**
*Appellant*

**v.**

**BRITTEX FINANCIAL, INC.,**
*Appellee*

_____

2023-1375

_____

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 92060888.

--------------------------------------------------

**BRITTEX FINANCIAL, INC.,**
*Appellant*

**v.**

**DOLLAR FINANCIAL GROUP, INC.,**
*Appellee*

_____

2023-1432

_____

2    DOLLAR FINANCIAL GROUP, INC. v. BRITTEX FINANCIAL, INC.

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 92060888.

————————————

## ON MOTION

————————————

## O R D E R

Upon consideration of Brittex Financial, Inc.'s unopposed motion to voluntarily dismiss the cross-appeal (Appeal No. 2023-1432) pursuant to Federal Rule of Appellate Procedure 42(b),

IT IS ORDERED THAT:

(1) The motion is granted.  Appeal No. 2023-1432 is dismissed, and the revised official caption is reflected above.

(2) Each party shall bear its own costs for Appeal No. 2023-1432.

FOR THE COURT

March 2, 2023                    /s/ Peter R. Marksteiner
     Date                            Peter R. Marksteiner
                                     Clerk of Court


ISSUED AS A MANDATE (as to Appeal No. 2023-1432 only): March 2, 2023